**Opinion issued December 19, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00827-CV**

———————————

**IN RE ERIC SPRINGSTUN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Eric Springstun, has filed a petition for writ of mandamus to compel the trial court to rule on relator's various pro se motions.[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.

---

[1]  The underlying case is *The Wharf at Clear Lake Slip Maintenance Association, Inc. v. Eric Springstun*, cause number 24-CV-0102, pending in the 122nd District Court of Galveston County, Texas, the Honorable Jeth Jones presiding.